ORIGINAL

FILED
AUG - 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| JOSE GUADALUPE BAUTISTA | Case No. 07-51251 CN |
| MARIANELA LARA-MONTEJO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495261 for an unclaimed dividend in the amount of $6.37. The name and address of the claimant entitled to the unclaimed dividend is as follows;

JOSE GUADALUPE BAUTISTA
MARIANELA LARA-MONTEJO
1700 DARWIN ST
SEASIDE, CA 93955

Dated: August 02, 2011

*/s/ Alejandra De Lakour*
DEVIN DERHAM-BURK, TRUSTEE